**Order entered April 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00435-CV

### IN RE PERRY PATTERSON, Relator

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-11133-P**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of mandamus in part and **DENY** it in part. We **ORDER** that relator bear the costs of this original proceeding.

/s/  KERRY P. FITZGERALD
    JUSTICE